**Dismissed and Opinion Filed December 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01602-CR

**RODDY MICHAEL MORA, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82914-06**

## MEMORANDUM OPINION

Before Justices Francis, Evans, and Stoddart
Opinion by Justice Francis

A jury found Roddy Michael Mora guilty of three counts of aggravated sexual assault of a child and three counts of indecency with a child by contact. The trial court assessed punishment at fifteen years in prison on each count. Sentence was imposed in open court on September 14, 2012. The documents before this Court do not reflect that a motion for new trial was filed; therefore, appellant's notice of appeal was due by Monday, October 15, 2012. *See* TEX. R. APP. P. 4.1(a), 26.2(a)(1). Appellant's December 19, 2014 notice of appeal is untimely, leaving us without jurisdiction over the appeal. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam); *Olivo v. State*, 918 S.W.2d 519, 522–23 (Tex. Crim. App. 1996).

We dismiss the appeal for want of jurisdiction.

Do Not Publish
TEX. R. APP. P. 47
141602F.U05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

RODDY MICHAEL MORA, Appellant

No. 05-14-01602-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 380th Judicial District Court, Collin County, Texas
Trial Court Cause No. 380-82914-06.
Opinion delivered by Justice Francis,
Justices Evans and Stoddart participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered December 31, 2014.